OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10 201

**9/3/2015**
**PRUNEDA, EDUARDO JR**   Tr.Ct. No. 2009CR2070W-W1   WR-83,

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk



RETURN TO SENDER
INMATE RELEASED

NAME AND SID NUMBER DO
NOT MATCH

ITEMS NOT ALLOWED IN THIS
FACILITY

EDUARDO JR PRUNEDA
BEXAR COUNTY ADULT - TDC # 1559627
200 N. COMAL
SAN ANTONIO, TX 78207

U TF

43B 78207